# Exhibit 4

February 4, 2021, letter to plaintiff's counsel with electronic mail



Gravis Law, PLLC | www.GravisLaw.com

John M. Karafa
Attorney
120 W. Apple Avenue
Muskegon, MI 49440
231.727.2117 | jkarafa@gravislaw.com

February 4, 2021

Phillip C. Rogers (P34356)            VIA Email: consumerlawyer@aol.com
6140 28th Street SE
Suite 115
Grand Rapids, Michigan 49546

**RE:   *Tyronda Christian v. Prime Recovery, LLC, et al.*
        Case No. 1:20-cv-00566-PLM**

Dear Mr. Rogers,

As you know, I have replaced Attorney Anthony Norman as counsel for Defendants Prime Recovery, LLC and Anthony La Gambina. After a review of the file, I note that your discovery responses were due yesterday, February 3, 2021.

Please advise if your client is planning on responding, to the discovery requests, non-evasively and completely, to avoid the necessity of a motion.

Thank you for your consideration.

Sincerely,

John M. Karafa
JMK/kar