# Exhibit A

Subject: **Christian v. Prime Recovery, LLC, et al. - 1:20-cv-00566-PLM**
Date: 1/4/2021 9:06:44 AM Eastern Standard Time
From: anorman@gravislaw.com
To: consumerlawyer@aol.com, RogersPhil@aol.com
Cc: tseeger@4grewal.com

Good morning,

Please see attached Defendant, Prime Recovery, LLC's First Set of Interrogatories and First Request for Production to Plaintiff and Defendant, Anthony La Gambina, Jr.'s First Set of Interrogatories and First Request for Production to Plaintiff. Thank you.



**Anthony C. Norman, Esq.**

Attorney

5659 North Kraft Lake Dr. SE

Suite 3

Caledonia, MI 49316

Direct: (616) 228-9261

Facsimile: (866) 419-9269

*The information contained in this electronic e-mail transmission and any attachments are intended only for the use of the individual or entity to whom or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution, copying or disclosure of this communication and any attachment is strictly prohibited. If you have received this transmission in error, please notify Gravis Law, PLLC immediately by telephone or electronic mail, and delete the original communication and any attachment from any computer, server or other electronic recording or storage device or medium. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client, physician-patient or other privilege. Thank you.